SPR/CKK (58513-10-93)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ZENITH INSURANCE COMPANY, ) </br> ) </br> Plaintiff, ) </br> v. ) </br> ) </br> THYSSENKRUPP ELEVATOR ) </br> CORPORATION, ) </br> Defendant. ) </br> ) </br> THYSSENKRUPP ELEVATOR ) </br> CORPORATION, ) </br> Third-Party Plaintiff, ) </br> v. ) </br> ) </br> TRIAD SENIOR LIVING, INC. d/b/a ) </br> WATERFORD ESTATES AND AFFORDABLE ) </br> COMMUNITY HOUSING TRUST-EPSILON, ) </br> ) </br> Third-Party Defendants. ) | Case No.: 20-cv-06699 </br></br> Consolidated with </br></br> Case No.: 20-cv-07220 </br></br> Judge Charles R. Norgle, Sr. </br></br> Magistrate Judge: Beth W. Jantz |

**AGREED MOTION FOR THE ENTRY OF A CONSENT JUDGMENT**

Defendant/Third-Party Plaintiff ThyssenKrupp Elevator Corporation ("TKE") and Third-Party Defendant Affordable Community Housing Trust-Epsilon ("ACHTE") have agreed to resolve Count III of Third-Party Plaintiff TKE's Third Amended Third-Party Complaint ("Third-Party Complaint") (Zenith Dkt. 86) (Carroll Dkt. 81). Pursuant to their agreement, TKE and ACHTE have agreed to entry of a consent judgment on the terms provided in the attached Exhibit 1. TKE and ACHTE jointly request that the Court enter the Consent Judgment in the form provided.

*Steven P. Rouse*
**Counsel for ThyssenKrupp Elevator Corporation**
Steven P. Rouse, ARDC #6189672
Craig K. Kaplin, ARDC #6309383
MOLZAHN, REED & ROUSE, LLC
17 North State Street, Suite 1590
Chicago, IL 60602
(T): (312) 553-8634
(T): (312) 553-8631
spr@m2rlaw.com
ckk@m2rlaw.com


*William B. Weiler*
**Counsel for Triad Senior Living, Inc., and**
**Affordable Community Housing Trust-Epsilon**
William B. Weiler, ARDC #6202075
Joshua D. Wiedner, ARDC #6342964
Langhenry, Gillen, Lundquist & Johnson, LLC
33 N. Dearborn Street, Suite 1600
Chicago, IL 60602
T: (312) 704-6700
bweiler@lglfirm.com
jwiedner@lglfirm.com

## CERTIFICATE OF SERVICE

The undersigned attorneys hereby certifiy that on **October 7, 2024**, a copy of THYSSENKRUPP ELEVATOR CORPORATION and AFFORDABLE COMMUNITY HOUSING TRUST-EPSILON's Agreed Motion for the Entry of a Consent Judgment was filed electronically with this Court, causing a copy of the foregoing document to be delivered via the Court's CM/ECF Electronic Filing System to all Counsel of Record.

/s/ Steven P. Rouse
Steven P. Rouse, (ARDC #6189672)
Craig K. Kaplin, (ARDC, #6309383)
MOLZAHN, REED & ROUSE, LLC
17 North State Street, Suite 1590
Chicago, IL 60602
T: (312) 553-8634
T: (312) 553-8631
spr@m2rlaw.com
ckk@m2rlaw.com
*Attorneys for ThyssenKrupp Elevator Corporation*

/s/ William B. Weiler
William B. Weiler, (ARDC #6202075)
Joshua D. Wiedner, (ARDC #6342964)
Langhenry, Gillen, Lundquist & Johnson, LLC
33 N. Dearborn Street, Suite 1600
Chicago, IL 60602
T: (312) 704-6700
bweiler@lglfirm.com
jwiedner@lglfirm.com
*Attorneys for Triad Senior Living, Inc. and Affordable Cummunity Housing Trust-Epsilon*